AO 245B (Rev. 09/11)(VAED) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division



UNITED STATES OF AMERICA

V.

Case Number: 1:18-MJ-470

**Andreas Rothenbach**
Defendant.

Defendant's Attorney: Elizabeth Mullin

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C.§113(a)(4) | Assault by striking, beating, or wounding | Misdemeanor | 09/29/2018 | 1 |

As pronounced on October 1, 2018, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 1st day of October 2018.

/s/ JFA

John F. Anderson
United States Magistrate Judge

Defendant's Name:    Andreas Rothenbach
Case Number:       1:18-MJ-470

## IMPRISONMENT

The defendant is hereby committed into the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TIME SERVED.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/11)(VAED) Judgment in a Criminal Case  
Sheet 5 – Criminal Monetary Penalties and Sheet 6 – Schedule of Payments

Page 3 of 3

Defendant's Name:     Andreas Rothenbach
Case Number:     1:18-mj-470

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Count | Assessment | Fine |
|---|---|---|
| 1 | $25.00 | $1000.00 |
| **TOTALS: $1025.00** | **$25.00** | **$1000.00** |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The fine and special assessment shall be paid within 60 days.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.